*M'Neil's Case.*

THE prisoner had, together with two other persons, been convicted of a conspiracy at the last oyer and terminer, for the city and county of *New-York*, but had not appeared on his recognizance in time to receive sentence : he afterwards came in, and was now brought up, on his own petition, to have judgment

*[margin notes:]*
May Term, 1803.

where the proceedings are by *plaint;* and in an inferior court the *plaint* is as an *original.* Savage v. Knight, 1 *Leon.* 302.

See the observation of *Ashhurst, J.* in *Doug.* 62.

May Term, 1803.

pronounced ; the public prosecutor appeared, but the record of the conviction not being made up and brought into court, the bench said they had nothing before them, on which to proceed ; and, therefore, admitted him to bail.